GEORGE H. LAIRD v. IRVING FEINBERG, ANNA FEINBERG, Also Known as ANN FEINBERG, and PRENDERGAST-DAVIES Co., LTD.— Motion for reargument denied, with ten dollars costs. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARK G. KUNEY and EDWARD A. SAUTER v. WILLIAM A. ADAMS, Warden of City Prison. — Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 802.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of GEORGE M. SPECTOR against Honorable WILLIAM ALLEN, Judge of the Court of General Sessions of the County of New York.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 902.] Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of L. M. BERKELEY, as Executor of and Trustee under the Last Will and Testament of FLORA H. MACIVOR, Deceased, for an Order of Prohibition against Hon. WILLIAM HARMAN BLACK, Justice, and DAVID GOLDMAN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BANCO NACIONAL DE MEXICO, S. A., v. J. A. MEDINA COMPANY, INC.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of ROBERT LEWIS for an Order against LEWIS J. VALENTINE, Police Commissioner of the Police Department of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ELMER F. ANDREWS, as Industrial Commissioner of the State of New York, on Behalf of the STATE INSURANCE FUND, v. CORNELL-DUBILIER CORPORATION.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MINNIE GUTRIDE, as Administratrix, etc., of LOUIS GUTRIDE, Deceased, v. GENERAL REINSURANCE CORPORATION and LOUIS H. PINK, as Superintendent of Insurance of the State of New York, as Liquidator of the CONSOLIDATED INDEMNITY AND INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.